AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | | |
|---|---|---|
| Huntington National Bank,<br>*Plaintiff*<br><br>v.<br><br>Apex Networks Incorporated, Lynette Pilgrim,<br>*Defendant* | ) ) ) ) ) | Civil Action No. 21-cv-2239 KMM/ECW |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___10/17/2022___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___9/10/2024___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

CASE 0:21-cv-02239-KMM-ECW   Doc. 24   Filed 10/17/22   Page 1 of 1

# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Huntington National Bank, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-2239 KMM/ECW |
| Apex Networks Incorporated, Lynette Pilgrim, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Default Judgment [ECF No. 11] is **GRANTED**.

2. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Huntington National Bank and against Defendants Apex Networks Incorporated and Lynette Pilgrim, jointly and severally, in the total amount of $477,908.05, plus any applicable post-judgment interest as allowed by law.

Date: 10/17/2022                    KATE M. FOGARTY, CLERK

A true copy in _____ sheet(s) of the record in my custody,
CERTIFIED, September 10, 20 24
Kate M. Fogarty, Clerk
BY: _____
Deputy Clerk